# PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  Woods, Robert V.
     (Last)     (First)     (Initial)

Prisoner Number  F-32883

Institutional Address  High Desert St. Prison; P.O. Box 3030; Susanville, CA 96127

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Robert Vernon Woods
(Enter the full name of plaintiff in this action.)

vs.

Wardens and Secretary, CDCR; Warden Tom Felker, High Desert State Prison; Warden(s), High Desert State Prison.

(Enter the full name of respondent(s) or jailor in this action)

Case No. C 07 5144 (PR) CW
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

### Read Comments Carefully Before Filling In

#### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS    - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11    1. What sentence are you challenging in this petition?

12      (a)  Name and location of court that imposed sentence (for example; Alameda
13          County Superior Court, Oakland):
14      Santa Clara Cty. Super. Court    San Jose, CA
15          Court              Location
16      (b)  Case number, if known  CC476755
17      (c)  Date and terms of sentence  75-life + 45 years on 10/27/2005
18      (d)  Are you now in custody serving this term? (Custody means being in jail, on
19          parole or probation, etc.)    Yes ✔    No ____
20      Where?
21      Name of Institution:  High Desert State Prison
22      Address:  P.O. Box 3030; Susanville, CA 96127

23    2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  Second degree robbery (Penal Code, sec. 211) -- three counts.

PET. FOR WRIT OF HAB. CORPUS    - 2 -

1  3. Did you have any of the following?
2     Arraignment:              Yes ✔    No ____
3     Preliminary Hearing:      Yes ✔    No ____
4     Motion to Suppress:       Yes ____ No ✔
5  4. How did you plead?
6     Guilty ✔   Not Guilty ____   Nolo Contendere ____
7     Any other plea (specify) _____
8  5. If you went to trial, what kind of trial did you have?
9     Jury ____   Judge alone ____   Judge alone on a transcript ____
10 6. Did you testify at your trial?   Yes ____   No ____
11 7. Did you have an attorney at the following proceedings:
12    (a) Arraignment              Yes ✔    No ____
13    (b) Preliminary hearing      Yes ✔    No ____
14    (c) Time of plea             Yes ✔    No ____
15    (d) Trial                    Yes ____ No ____
16    (e) Sentencing               Yes ✔    No ____
17    (f) Appeal                   Yes ✔    No ____
18    (g) Other post-conviction proceeding  Yes ____ No ____
19 8. Did you appeal your conviction?   Yes ✔   No ____
20    (a) If you did, to what court(s) did you appeal?
21        Court of Appeal          Yes ✔    No ____
22        Year: 2006    Result: Judgment and sentence affirmed
23        Supreme Court of California  Yes ✔    No ____
24        Year: 2007    Result: Review Denied 1/3/07 (No. S148284)
25        Any other court          Yes ____ No ✔
26        Year: _____  Result: _____
27
28    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1  petition?                                Yes ✔   No ____
2  (c)  Was there an opinion?               Yes ✔   No ____
3  (d)  Did you seek permission to file a late appeal under Rule 31(a)?
4                                           Yes ____   No ✔
5  If you did, give the name of the court and the result:
6  _____
7  _____
8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to
9  this conviction in any court, state or federal?    Yes ____   No ✔
10  [Note: If you previously filed a petition for a writ of habeas corpus in federal court that
11  challenged the same conviction you are challenging now and if that petition was denied or dismissed
12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
13  for an order authorizing the district court to consider this petition. You may not file a second or
14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
15  U.S.C. §§ 2244(b).]
16  (a)  If you sought relief in any proceeding other than an appeal, answer the following
17       questions for each proceeding. Attach extra paper if you need more space.
18  I.   Name of Court: _____
19       Type of Proceeding: _____
20       Grounds raised (Be brief but specific):
21       a._____
22       b._____
23       c._____
24       d._____
25       Result: _____ Date of Result:_____
26  II.  Name of Court: _____
27       Type of Proceeding: _____
28       Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

III.   Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

IV.   Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

(b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes \_\_\_\_   No ✔\_\_\_

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: The court abused its discretion in refusing to dismiss Three Strikes priors to avoid an effective LWOP on a newly mentally ill homeless offender, in violation of due process.

Supporting Facts: The court arbitrarily refused to mitigate sentence in this case, resulting in imposition of an effective LWOP (life without parole) on a newly mentally ill, homeless, older defendant who had never been stabilized on medications; this deprived the defendant of due process and fundamental fairness in state sentencing.

Claim Two: Imposition of a term of 120 years to life on an older, newly mentally ill homeless defendant for marginal note-passing bank robberies was cruel and unusual punishment.

Supporting Facts: Appellant was an older newly mentally ill homeless defendant who had never been stabilized on medications in compulsory inpatient treatment. Voters did not intend Three Strikes to manage the mentally ill homeless. Imposition on an effective LWOP for marginal bank robberies was cruel and unusual punishment.

Claim Three: _____

_____

Supporting Facts: _____

_____

_____

_____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

_____

_____

_____

_____

PET. FOR WRIT OF HAB. CORPUS    - 6 -

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Solem v. Helm (1983) 463 U.S. 277; Ramirez v. Castro (9th Cir. 2004) 365 F.3d 755.

Do you have an attorney for this petition?     Yes____     No ✓

If you do, give the name and address of your attorney:

I have mental health issues and need the court to appoint a federal attorney.

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on  9-4-07                                  *Robert V. Woods*

　　　　　Date                                          Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -