


HIGH DESERT STATE PRISON
WOODS, ROBERT
F-32883  B-1  111-U
P.O. BOX 3030
SUSANVILLE, CA 96127

CLERK of the UNITED STATES DIST. COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA 94102