IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT VERNON WOODS,                No. C 07-05144 CW (PR)

      Petitioner,              ORDER TO SHOW CAUSE

  v.

THOMAS FELKER, Warden,

      Respondent.
_____/

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee. It does not appear from the face of the petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

    1. The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.[1] The Clerk shall also serve a copy of this Order on Petitioner at his current address.

---

[1] Petitioner named both Warden Thomas Felker and the Secretary of the California Department of Corrections and Rehabilitation as the respondents in this action. Warden Thomas Felker has been substituted as the sole respondent in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

2. Respondent shall file with this Court and serve upon Petitioner, within sixty (60) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

3. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty (30) days of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision thirty (30) days after the date Petitioner is served with Respondent's Answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within thirty (30) days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within fifteen (15) days of receipt of any opposition.

5. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion.  Petitioner must also serve on Respondent's counsel

all communications with the Court by mailing a true copy of the document to Respondent's counsel.

    6.   Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than ten (10) days prior to the deadline sought to be extended.

    7.   The Clerk of the Court is directed to substitute Warden Thomas Felker as Respondent in this action.

    IT IS SO ORDERED.

Dated: 10/26/06

                              CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT VERNON WOODS,

    Plaintiff,

  v.

WARDENS AND SECRETARY, CDCR et al,

    Defendant.

Case Number: CV07-05144 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Vernon Woods F-32883
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Attorney General
State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Thomas Felker, Warden
High Desert State Prison
P.O. Box 750
Susanville, CA 96127-0750

Dated: October 26, 2007

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\HC.07\Woods5144.OSC.wpd