EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5954
  Fax:  (415) 703-1234
  Email:  jill.thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ROBERT VERNON WOODS,** | C 07-05144 CW (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **THOMAS FELKER, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted:

**CUSTODY**

Petitioner is lawfully in the custody of Thomas Felker, Warden of High Desert State Prison in Susanville, California, as the result of a conviction in Santa Clara County Superior Court case number CC476755.  Petitioner pled guilty to three counts of robbery (Cal. Pen. Code, § 211), and admitted having five prior strike (Cal. Pen. Code, § 667(b)-(i) & 1170.12) and three

///

1  prior serious felony (Cal. Pen. Code, § 667(a)) convictions.  The trial court sentenced petitioner
2  to 45 years consecutive to 75 years to life in state prison.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court, or was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings.  Respondent specifically denies that petitioner was deprive of due process or fundamental fairness in sentencing, or that petitioner's sentence constitutes "cruel and unusual punishment" under the Eighth Amendment.

## PROCEDURAL ISSUES

Petitioner exhausted his claim in state court.  His petition is timely.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits:  (1) the state court Clerk's Transcript;  (2) the state court Reporter's Transcript;  (3) Appellant's Opening Brief;  (4) Respondent's Brief;  (5)  Appellant's Reply Brief;  (6) the unpublished opinion of the California Court of Appeal, Sixth Appellate District;  (7) Petition for Review;  and (8) Denial of Petition for Review.  Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

///
///
///
///
///
///
///

**CONCLUSION**

WHEREFORE, respondent respectfully submits that the petition for writ of habeas corpus should be denied.

Dated: December 17, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

 /s/  JILL M. THAYER
Deputy Attorney General
Attorneys for Respondent

JMT/cfl
40197651.wpd
SF2007402969

ANSWER TO ORDER TO SHOW CAUSE

Woods v. Felker, Warden
C 07-05144 CW (PR)

3