1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  jill.thayer@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ROBERT VERNON WOODS,**<br><br>               Petitioner,<br><br>       v.<br><br>**THOMAS FELKER, Warden,**<br><br>               Respondent. | C 07-05144 CW (PR)<br><br>**INDEX OF EXHIBITS LODGED IN SUPPORT OF ANSWER** |

Exhibit 1    State Court Clerk's Transcript (2 vols.)

Exhibit 2    State Court Reporter's Transcript (2 vols.)

Exhibit 3    Appellant's Opening Brief, No H029514

Exhibit 4    Respondent's Brief, No. H029514

Exhibit 5    Appellant's Reply Brief, No. Ho29514

Exhibit 6    Unpublished opinion of the California Court of Appeal, Sixth Appellate District, No. H029514

Exhibit 7    Petition for Review, No. S148284

Exhibit 8    Denial of Petition for Review, No. S148284

1  Dated: December 17, 2007

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  

7  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

8

9

10  /s/  JILL M. THAYER
    Deputy Attorney General
11  Attorneys for Respondent

12  JMT/cfl
13  40197686.wpd
    SF2007402969

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDEX OF EXHIBITS                                           Woods v. Felker, Warden
                                                            C 07-05144 CW (PR)