**FILED**
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TUES.                                    3-4-08

TO WHOM IT MAY CONCERN.

ON OCTOBER-5TH 07. AND OCTOBER 26TH 07. WAS FILED TWO WRIT OF HABEAS CORPUS. CASE # 07 5144
SECOND CASE # ? C-07-5185-CW

I NEED TO INFORM YOU THAT I HAVE NOT HERD ANYTHING ON MY WRITS.

I DID TRANSFERED PRISONS.

MY NEW PRISON ADDRESS IS

ROBERT WOODS F-32883
4A4 C-208-L
C.C.I.
TEHACHAPI, CALIF
93581

PLEASE INFORM ME OF I WAS DENIED OR WHAT EVER DECIDED.

THANK YOU

ROBERT WOODS