Woods, Robert F32883
44C-208-L
C.C.I
P.O. Box 1902
Tehachapi, CA
93581

BAKERSFIELD CA 933
MOJAVE CA
05 MAR 2008 PM 1 L

Office of the Clerk U.S. Dist. Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, CA 94612-5212