

FILED
MAR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

March 26, 2008

Office of the Clerk U.S. District Court.

To whom this my concern.

Last month I contacted you to inform you of my new prison address.

'First Writ of Habeas'
I gave you this case no. C07-05185CW for a writ of habeas I paid to have filed.
March 25, 2008 I received your response back. Thank you!

Second Writ of Habeas
I informed you of a second writ of habeas witch I paid to have filed. PLEASE RESPOND BACK.

I lost my appeal papers when I was transfer to this prison. Because of this, I do not have the case no.

For the second writ of habeas I need to hear back on my second writ of habeas.

Please look up the case no. Let me know what happen.

Thank you
Robert Woods