Robert VERNON WOODS
F-32,883 4A4C-208-L
P.O. Box 1902
California correctional institution
Tehachapi, CALIF
93581

OFFICE OF THE CLERK, U.S. DIST. Court
Northern District of California
1301 CLAY ST. SUITE 400S
OAKLAND, CALIF 94612-5212

SENT FROM
STATE PRISON