FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

March 30, 2008

To (07-544-CW)
OFFICE OF THE CLERK, U.S. DISTRICT

THIS IS TO INFORM YOU THE CLERK U.S. DISTRICT COURT.

MY NAME IS ROBERT VERNON WOODS.

I Filled TWO WRIT OF HABOUS FROM HIGH DESERT STATE PRISON.

I WAS TRANSFER TO TEHACHAPI STATE PRISON.

I WROTE TO you last month. GAVE you THIS NO. C07-05185 CW FOR ONE OF MY WRITS. ON THIS I GOT A RESPONSE BACK. THANK you.

MY problem. I DO NOT HAVE THE CASE NUMBER TO GIVE YOU ON MY SECOND WRIT OF HABOUS. SO YOU CAN RESPOND BACK TO ME.

NOW THAT you HAVE MY NEW PRISON ADDRESS. Please Look up MY SECOND WRIT OF HABOUS AND LET ME KNOW WHAT HAPPEN.
    THANK you.