

Robert Vernon Woods
F-32883 4A4C-208-L
P.O. Box 1902
California Correctional Institution
Tehachapi, CA 93581

BAKERSFIELD CA 933
01 APR 2008

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, CA
94612-5212

LEGAL MAIL