FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

April 2, 2008

TO, WHOM IT MY CONCERN

THIS IS TO INFORM YOU THAT I WAS TRANSFER TO THIS NEW PRISON ADDRESS.
ROBERT VERNON WOODS
F-32883 4A4 C-208-L
P.O. BOX 1902
California correctional institution
TEHACHAPI, CALIF 93581

FIRST OFF.
I HAVE Two WRIT OF HABOUS IN your COURT.
I GOT A RESPONSE BACK LAST WEEK ON THIS WRIT Filed # C07-05185 CW

THERE'S TWO WRIT IN your COURT

C07-5144CW

SECOND WRIT OF HABOUS, I DO NOT HAVE A FILE # _____ Because I LOST THE RECEIPT ON THE $5.00 I paid To File iT. I HAVE NOTHING TO GIVE you.
I NEED A RESPONSE BACK.
SENTENCING Judges. James C. Emerson AND Judge MANLEY. SANTA CLARA COUNTY.