```
Robert Vernon Woods
F-32883 4A4 C-208-L
P.O. Box 1902
California Correctional Institution
Tehachapi, Calif 93581

SENT FROM
STATE PRISON

Office of the Clerk U.S. District Court
Northern District of California
1301 Clay St. Suit 400S
Oakland, CA 94612-5212
```

Postmark: BAKERSFIELD CA / MOJAVE C. / 03 APR 2008 / USA 41

94612+5212 0037