WED.                                              April 2, 2008

TO WHOM IT MAY CONCERN

FILED
APR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I would like to HEAR BACK ON WRIT OF HABEAS.
I HAVE NO INFORMATION. I LOST my $5.00 RECEIPT WITH THE FILE # C07-5144-CW

would you Please look it up?

my NEW PRISON ADDRESS

    ROBERT VERNON WOODS
    F-32883 4A4 C-208-L
    P.O. BOX 1902
    California Correctional Institution
    Tehachapi, CA 93581

I HAVE TWO WRITS OF HABEAS' in your court.

ON THIS WRIT OF HABEAS # C07-05185 CW THE COURT RESPONDED BACK. THANK you

                                              Robert V. Woods