Woods, Robert
P32883 4A4C-208-L
P.O. Box 1902
California Correctional Institution
Tehachapi, Calif
93581

SENT FROM
STATE PRISON

BAKERSFIELD CA 93
MOJAVE C
03 APR 2008 PM

USA 41

9461245217

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF California
1301 CLAY ST. SUITE 400S
OAKLAND, CA 94612-5212