**FILED**

APR 10 2008    4/4/08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To
OFFICE OF THE CLERK, U.S. DISTRICT COURT

FIRST OFF, I HAVE A "WRIT OF HABEAS" Filed in This court. File #C07-05144CW (PR)
I'm ASKING FOR A RESPONSE BACK.
IT WAS File 12/20/07?

NC

my NEW PRISON ADDRESS IS NOW

ROBERT VERNON WOODS
F32883 4A4 C-208-L
P.O. BOX 1902
California correctional Institution
TEHACHAPI, CA, 93581

I HAVE TO INFORM you, ON THIS WRIT OF HABEAS, C07-05185 CW PR Filled #
I GOT A RESPONSE BACK ON. THANK you.