BAKERSFIELD CA 935

MOJAVE C

07 APR 2008 PM 1

USA 41

WOODS, ROBERT
F-32883, 4A4C-208-L
P.O. BOX 1902
California Correctional Institution
TEHACHAPI, CA
93581

LEGAL MAIL

OFFICE OF THE CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1301 CLAY ST, SUITE 400S

OAKLAND, CA 94612-5212

94612+5212