**FILED** APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED** APR 18 2008
CLAUDIA WILKEN
U.S. DISTRICT JUDGE

4/14/08

To HON. Claudia Wilken.

First of All. my name is ROBERT VERNON WOODS.

I would Like To THANK THE Court Sincerely FOR Ruling ON my WRIT OF HABEAS IN my FAVOR!

ON BOTH CASES

CASE # 07-05185-CW
CASE # 07-05144-CW

Ruling. ORDER TO SHOW CAUSE.

Sincerely And Truely
THANK you

Robert Woods