ROBERT VERNON WOODS
F32883 4A4 C-208-L
P.O. BOX 1902
C.C.I.
TEHACHAPi, CA
93581

BAKERSFIELD CA 93
MOJAVE
16 APR 2008 PM
USA 41

HON. Claudia Wilken
U.S. DISTRICT COURT
California Northern District
1301 CLAY ST, SUITE 400S
OAKLAND, CALIF 94612-5212