April 23 2008

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO HON. CLAudia WilKEN

THANK you FOR THE COURTS TIME AND CONCERN.

WRIT OF HABEAS C# 07-05144 CW
DATE Filed 10/05/2007

DO TO prison LOCK down I HAVE NO ACCESS TO LAW Library. Plus I HAVE little understanding OF WHAT I'm DOING.

WITH THAT SAID.
I WISH TO ADD NOTHING MORE TO my WRIT OF HABEAS.

THANK you

Sincerely
+
TRuly

ROBERT VERNON Woods