Rober Vernon Woods
F32883 4A3 B-109-L
P.O. Box 1902
C.C.I
THACHAPI, CA 93581

SENT FROM
STATE PRISON

To: Claudia Wilken
Northern District of California
U.S. District Court
1301 Clay St. Suite 400 S
Oakland, Calif 94612-5212