May 14, 2008

To Hon. Claudia Wilken

FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE #07-05144-CW  WRIT OF HABEAS

On this appeal I was not understanding the steps that need taken or that my attorney has taken. My appeal attorney said there's nothing more to add. Has he responded to the Attorney Generals response? I am refuting the Attorney Generals arguements on order to show cause.

Due to prison lockdown I do not have legal library. Lockdown has been since april 3rd and I do not know any case law.

Hon. Ms Wilken

Is there anymore I can do on this writ of habeas?
If I need to make a response I will need time to do it.

Thank you

Robert V. Woods