ROBERT VERNON WOODS
F32883 4A3 B-109-L
P.O. Box 1902
C.C.I
TEHACHAPI, CALIF 93581

Legal Mail

Hon. Claudia Wilken
United State District Court
Northern District of California
1301 Clay St Suite 400S
Oakland, CA 94612-5212

