IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VERNON WOODS,<br><br>      Petitioner,<br><br>  v.<br><br>TOM FELKER, Warden,<br><br>      Respondent.               / | No. C 07-05144 CW (PR)<br><br>ORDER SUA SPONTE GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

    Accordingly, the Court sua sponte GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse **thirty (30)** days from the date of this order. If he does not, the matter will be deemed submitted and decided on the papers.

    IT IS SO ORDERED.

Dated: 5/29/08

                                      CLAUDIA WILKEN<br>                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT VERNON WOODS,

        Plaintiff,

v.

WARDENS AND SECRETARY, CDCR et al,

        Defendant.

Case Number: CV07-05144 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jill Marietta Thayer
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Robert Vernon Woods F-32883
California Correctional Institution
4A4 C-208-L
P.O. Box 1902
Tehachapi, CA 93581

Dated: May 29, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk