Robert V. Woods
F32883 4A3 B-109-L
P.O. Box 1902
C.C.I.
Tehachapi, CA 93581

Legal mail

SENT FROM
STATE PRISON

BAKERSFIELD CA 933
MOJAVE CA
02 JUN 2008 PM 1 L

To: Hon. Claudia Wilken
Office of the Clerk U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, Calif 94612-5212