7-20-08

To

The Clerk of the U.S. Dist. Court.

WRIT OF HABEAS
CASE# 4:07-CV-05144-CW

FILED
JUL 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I wanting to know has There been
a Ruling on This WRIT of Hebeas
By Hon. Judge Claudia Wilken.

Thank you

Robert Vernon Woods