WOODS F-32883
4A-5C-109-L
C.C.I.
P.O. Box 1902
Tehachapi, CA
93581


USA 42

Office of The clerk U.S. Dist. Court
Northern District of California
1301 CLAY ST. Suite 400S
OAKLAND, CA   94612-5212

94612S5212 C037

SENT FROM
STATE PRISON

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

© USPS 2008