**RECEIVED**
AUG 11 2008
CLAUDIA WILKEN
U.S. DISTRICT JUDGE

**FILED**
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

August 3, 2008

To Hon. Judge Claudia Wilken

CASE # 4:07-CV-05144-CW

Thank you for the courts time and the courts Ruling.
My Request for appointed counsel was DENIED.
I Thank the courts for the second extension of time.
Im sorry to say, but without counsel I cannot file a traverse.
Thank you for your time.

Robert Vernon Woods