

Robert VERNON Woods
F-32883 4A-5C-209-L
C.C.I.
P.O. Box 1902
Tehachapi, Ca
93581

To Hon. Judge Claudia Wilken
U.S. District Court

Northern District of California
1301 Clay St. Suite 400S
Oakland, CA 94612-5212

LEGAL MAIL